RECEIVED
JUL 16 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LUIS ANTONIO MIZHIRUMBAY TACURI, Petitioner | CIVIL ACTION NO. 1:19-CV-754-P |
| VERSUS | JUDGE DEE D. DRELL |
| STANLEY CROCKETT, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 4), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Tacuri's Motion for Temporary Restraining Order (Doc. 2) is DENIED and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, but WITHOUT PREJUDICE as to the merits of Tacuri's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15 day of July, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE